08 CV 01641

JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VTran Media Technologies, LLC,                    CASE NUMBER:

    Plaintiff,

-against-

Bresnan Communications, LLC, and
Insight Communications Company, Inc.,

    Defendants.
----------------------------------------------------------X



### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff VTran Media Technologies, LLC, files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Lawrence J. Brannian is the principal owner and manager of VTran Media Technologies, LLC. No publicly traded entity or organization owns more than 10% of it stock.

Dated: February 15, 2008
    New York, New York

DOUGLAS & LONDON, P.C.

By: _____
Michael A. London (ML-7510)
111 John Street, 14th Floor
New York, New York 10038
Telephone: (212) 566-7500
Facsimile: (212) 566-7501
E-mail: mlondon@douglasandlondon.com

-and-

HENINGER GARRISON & DAVIS, LLC
W. Lewis Garrison, Jr., Esq.
Timothy C. Davis, Esq.
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
E-mail: wlgarrison@hgdlawfirm.com

-and-

**WARD & OLIVO**
John F. Ward, Esq.
John W. Olivo, Jr., Esq.
380 Madison Avenue
New York, New York 10017
Telephone: (212) 6976262
Facsimile: (212) 972-5866
E-mail: wardj@wardolivo.com
E-mail olivoj@wardolivo.com