# RETURN OF SERVICE

Case Number: 08 CV 0164I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:   Vtran Media Technologies, LLC.
Defendant:   Bresnan Communications, LLC and Insight Communications Company, LLC

Served Upon:   Bresnan Communications, LLC
1 Manhattanville Rd. 3rd Floor Purchase, NY 10577

| Service of the SUMMONS & COMPLAINT Was made by me | DATE: 5-8-08   TIME: 9:55 A.M. |
|---|---|
| NAME OF SERVER WILLIAM E. WITTENHAGEN | TITLE: PROCESS SERVER<br>LICENSE # 951045 |

Check one box below to indicate appropriate method of service

X_ Served personally upon the defendant. Place where served:   1 Manhattanville Rd. 3rd Floor Purchase, NY 10577

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of the person with whom the Summons and Complaint were left:

___ Returned unexecuted:

X Person Served:  Robert Bresnan  Title: Executive V.P. and General Counsel

DESCRIPTION - Deponent describes the individual served as follows:
SEX   SKIN COLOR   HAIR COLOR   APPROX. AGE   HEIGHT   WEIGHT
M     White        Bald          50            6 ft 5in  230
OTHER IDENTIFYING FEATURES: NONE

Sworn to before me, this
8th day of May, 2008

Notary Public

ROSEANN PECORARO
Notary Public - State of New York
No. 01PE4699135
Qualified in Schenectady County
My Commission Expires 1/31/2010

Print Name WILLIAM E. WITTENHAGEN
Lic./Perm#   0951045
Avvocato Litigation Support Int'l, Inc.
4 Airline Drive
Albany, New York  12205
Phone #:  (518) 452-6404
F  #   2176 - 1842   (1842)
C  #   226166
CF #   VTRAN MEDIA