# RETURN OF SERVICE

Case Number: 08 CV 01641

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:     Vtran Media Technologies, LLC.
Defendant:  Bresnan Communications, LLC and Insight Communications Company, LLC

Served Upon: Insight Communications Company LLC
810 7th Ave., New York, NY 10019

| Service of the SUMMONS & COMPLAINT Was made by me | DATE: 5-8-08    TIME: 4:20 P.M. |
|---|---|
| NAME OF SERVER WILLIAM E. WITTENHAGEN | TITLE: PROCESS SERVER<br>LICENSE # 951045 |

Check one box below to indicate appropriate method of service

X  Served personally upon the defendant.   Place where served:  810 7th Ave New York, NY 10019

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of the person with whom the Summons and Complaint were left:

___ Returned unexecuted:

X  Person Served:  Liza Grier     Title: V.P. Administration

DESCRIPTION - Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | APPROX. AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| F | White | Brown | 40 | 5 ft 10in | 145 |

OTHER IDENTIFYING FEATURES: NONE

Sworn to before me, this
8th day of May, 2008

ROSEANN PECORARO
Notary Public - State of New York
No. 01PE4699135
Qualified in Schenectady County
My Commission Expires 1/3/2010

Print Name WILLIAM E. WITTENHAGEN
Lic./Perm#   0951045
Avvocato Litigation Support Int'l, Inc.
4 Airline Drive
Albany, New York  12205
Phone #:  (518) 452-6404
F  #   2175  1842   (1842)
C  #   226166
CF #   VTRAN MEDIA