USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 9 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
VTRAN MEDIA TECHNOLOGIES LLC,

          Plaintiff,

          -against-                        Civil Action No. 08-1641 (GBD)

BRESNAN COMMUNICATIONS, LLC
AND INSIGHT COMMUNICATIONS            **STIPULATION**
COMPANY, INC.,

          Defendants.
---------------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for parties to this action that the time for defendants Bresnan Communications, LLC and Insight Communications Company, Inc. to answer, move or otherwise respond with respect to the Complaint in this action is hereby extended through and including June 27, 2008.

Dated: May 16, 2008

WARD & OLIVO

By: _____
Michael Gabriel
John F. Ward
John W. Olivo, Jr.

380 Madison Avenue
New York, New York 10022
(212) 697-6262
Attorneys for Plaintiff

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: _____
Steven J. Rizzi
Rachel E. Kramer

875 Third Avenue
New York, New York 10022
(212) 603-2000
Attorneys for Defendants

SO ORDERED:    MAY 1 9 2008

_____
HON. GEORGE B. DANIELS

NY #1255826 v1