**THELEN**
*Thelen Reid Brown Raysman & Steiner LLP*

875 Third Avenue  New York, NY 10022
Phone: 212 603 2000  Fax: 212 603 2001
www.thelen.com

Rachel Kramer
212.603.2216 Direct Dial
rkramer@thelen.com



May 22, 2008

**VIA FACSIMILE**

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

**SO ORDERED**

*George B. Daniels*
**HON. GEORGE B. DANIELS**
MAY 28 2008

Re:   **VTran Media Technologies, LLC v. Bresnan Communications, LLC et al.
Civil Action No. 08-cv-01641**

Dear Judge Daniels:

This firm is counsel to defendants Bresnan Communications, LLC and Insight Communications Company, Inc. I write with the consent of plaintiff's counsel to request that the conference scheduled for June 3, 2008 in the above action be taken off the calendar.

This action, along with several others, is the subject of a motion for transfer and consolidation that will be heard by the Judicial Panel on Multidistrict Litigation on May 29, 2008, with a decision likely to follow several weeks thereafter. In light of the potential transfer of this action, the parties believe cancellation of the June conference would be appropriate.

Thank you for your consideration.

Respectfully,

*Rachel Kramer*
Rachel Kramer

cc:   Michael Gabriel, Esq., counsel for Plaintiff (via electronic mail)

NY #1714085 v1

NEW YORK   SAN FRANCISCO   WASHINGTON, DC   LOS ANGELES   SHANGHAI   LONDON   SILICON VALLEY   HARTFORD   NORTHERN NJ